3105 GRAND CORPORATION et al., Appellants, *v.* CITY OF NEW YORK et al., Defendants, and 92–21 UNION HALL STREET, INC., Respondent.

Submitted January 14, 1941; decided February 27, 1941.

*Henry N. Rapaport, Robert S. Garson* and *Walter Jeffreys Carlin* for appellants.

*Max Kavenoff* and *Lucien Nemser* for 92–21 Union Hall Street, Inc., respondent.

Appeal dismissed, with costs, upon the ground the determination is not a final juegment. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.